VIRNA L.SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA  93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantos@santoslg.com

Attorney for JOSE MANUEL SOTELO-MENDOZA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL SOTELO-MENDOZA,<br><br>Defendant. | Case No.: 1:17CR00171 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE MANUEL SOTELO-MENDOZA, by and through his attorney of record, Virna L. Santos, hereby requesting that the change of plea hearing currently set for June 11, 2018 be continued to July 16, 2018.

This continuance is necessary to permit counsel time to prepare Mr. Sotelo-Mendoza for this hearing and to conduct some additional legal research he requested.  Undersigned counsel has corresponded with AUSA Karen A. Escobar, who has no objection to continuing the change of plea hearing hearing to July 16, 2018.

The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

DATED: June 8, 2018								Respectfully Submitted,

										/s/Virna L. Santos_____
										VIRNA L. SANTOS
										Attorney for Defendant
										ANDRES DOMINGUEZ AGUIRRE


DATED: June 8, 2018								/s/\_Karen A. Escobar_____
										KAREN A. ESCOBAR
										Assistant U.S. Attorney


## ORDER

The sentencing hearing currently set for June 11, 2018 is hereby continued to July 16, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **June 8, 2018**					_____
										UNITED STATES DISTRICT JUDGE