VIRNA L.SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantos@santoslg.com

Attorney for JOSE MANUEL SOTELO-MENDOZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17CR00171 DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | |
| JOSE MANUEL SOTELO-MENDOZA, | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE MANUEL SOTELO-MENDOZA, by and through his attorney of record, Virna L. Santos, hereby requesting that the change of plea hearing currently set for January 22, 2019 be continued to February 19, 2019.

This continuance is necessary to permit counsel time to assess the impact of the recently enacted First Step Act on his change of plea and potential sentence and advise him accordingly. Undersigned counsel has corresponded with AUSA Karen A. Escobar, who has no objection to continuing the change of plea hearing hearing to February 19, 2019.

The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

DATED: January 14, 2019  Respectfully Submitted,

/s/Virna L. Santos_____
VIRNA L. SANTOS
Attorney for Defendant
ANDRES DOMINGUEZ AGUIRRE

DATED: January 14, 2019  /s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant U.S. Attorney

## ORDER

The sentencing hearing currently set for January 22, 2019 is hereby continued to February 19, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**January 14, 2019**__   *Dale A. Drozd*
_____
UNITED STATES DISTRICT JUDGE