1  VIRNA L. SANTOS, SBN 150017
   Santos Law Group
2  1225 E. Divisadero Street
   Fresno, CA  93721
3  Tel: (559) 500-3900
   Fax: (559) 500-3902
4  Email: vsantos@santoslg.com

5  Attorney for JOSE MANUEL SOTELO-MENDOZA

6

7              **IN THE UNITED STATES DISTRICT COURT**

8              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,       ) Case No.: 1:17CR00171 DAD
                                   )
11          Plaintiff,             ) **STIPULATION AND ORDER TO**
                                   ) **CONTINUE SENTENCING HEARING**
12     v.                          )
                                   )
13 JOSE MANUEL SOTELO-MENDOZA,     )
                                   )
14          Defendant.             )
                                   )

15 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

16 DROZD AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

17     **COMES NOW** Defendant, JOSE MANUEL SOTELO-MENDOZA, by and through his

18 attorney of record, Virna L. Santos, hereby requesting that sentencing hearing currently set for

19 May 13, 2019 be continued to May 20, 2019.

20     This continuance is necessary to permit sufficient time to conduct defendant's probation

21 interview, which had to be rescheduled to defense counsel's unavailability due to a family

22 emergency out of the state. Undersigned counsel has corresponded with AUSA Karen A.

23 Escobar, who has no objection to continuing the sentencing hearing to May 20, 2019.

24     **IS SO STIPULATED.**

25

1

DATED: January 12, 2019              Respectfully Submitted,

                                     /s/Virna L. Santos_____
                                     VIRNA L. SANTOS
                                     Attorney for Defendant
                                     JOSE MANUEL SOTELO MENDOZA


DATED: March 15, 2019                /s/ Karen A. Escobar_____
                                     KAREN A. ESCOBAR
                                     Assistant U.S. Attorney


## ORDER

The sentencing hearing currently set for May 13, 2019 is hereby continued to May 20, 2019 at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   **March 15, 2019**              _____
                                     UNITED STATES DISTRICT JUDGE

2