1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6                 IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )  Case No. 1:17-CR-00171-2 DAD
                                        )
10          *Plaintiff,*                )  **APPLICATION AND [~~PROPOSED~~]**
                                        )  **ORDER FOR EXPANDED APPOINTMENT**
11  vs.                                 )  **OF CJA PANEL COUNSEL**
                                        )
12  JOSE MANUEL SOTO MENDOZA,           )
                                        )
13          *Defendant,*                )
                                        )
14  _____ )

15         Pursuant to 18 U.S.C. § 3006A, CJA Attorney, Virna Santos was appointed by the duty

16  magistrate judge to represent the defendant on July 14, 2017.  In an Indictment filed July 20,

17  2017, Mr. Soto Mendoza was charged with 21 U.S.C. §§ 846 & 841(a)(1) - Conspiracy to

18  Distribute and to Possess with the Intent to Distribute Methamphetamine and 841(a)(1) –

19  Possession with Intent to Distribute Methamphetamine.   On February 19, 20194, Mr. Soto

20  Mendoza pled guilty and was sentenced to 100 months on May 20, 2019.

21         Mr. Soto Mendoza has contacted Ms. Santos to assist him in filing a motion for

22  compassionate release relief pursuant to 18 U.S.C. § 3582(c)(1)(A). "Representation may be

23  furnished for financially eligible persons in 'ancillary matters appropriate to the proceedings'

24  under 18 U.S.C. 3006A(c)."  Guide to Judiciary Policy, Vol 7 Defender Services, Part A

25  Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and

26  Payment of Counsel § 210.20.30 Ancillary Matters (a).  The representation here directly relates

27  to the underlying criminal case, and, specifically the sentence that was imposed prior to an
28

understanding of how the COVID-19 virus would impact Mr. Soto Mendoza given his specific medial conditions.

The Federal Defender's Office has been appointed pursuant to General Order 595 to address issues pertaining to the First Step Act, which includes compassionate release.  Because representation here is ancillary to Virna Santos' representation of Mr. Soto Mendoza, who was sentenced on May 20, 2019, in the interests of judicial efficiency we ask that Virna Santos be permitted to represent Mr. Soto Mendoza on this ancillary matter.  *See* Guide to Judiciary Policy, Vol 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel § 210.20.30 Ancillary Matters (f) ("A private panel attorney appointed under the CJA may obtain, through an *ex parte* application to the court, a preliminary determination that the representation to be provided in an ancillary matter is appropriate to the principal criminal proceeding and compensable under 18 U.S.C. 3006A(c).").

Virna Santos is seeking pre-authorization in this matter.  Accordingly, the Office of the Federal Defender respectfully asks this Court authorize the expansion of CJA Counsel Virna Santos' appointment in this matter to include representing him on issues pertaining to compassionate release in the underlying case.

Accordingly, the defendant respectfully asks this Court to authorize CJA Counsel, Virna Santos to represent him on his compassionate release proceedings related to this case.


DATED:  May 6, 2020                      */s/ Eric V. Kersten*
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Branch Chief, Fresno Office

1
2
3

**O R D E R**

4          Having satisfied the Court that the defendant is financially unable to retain counsel, the

5   Court hereby appoints, Virna Santos, CJA panel counsel pursuant to 18 U.S.C. § 3006A.

6
7   DATED:  May __6__, 2020

8                                          HONORABLE BARBARA A. MCAULIFFE
                                           UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28