ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00171-DAD |
| Plaintiff, | ORDER DISMISSING PETITION |
| v. | DATE: May 11, 2026 |
| JOSE MANUEL SOTELO-MENDOZA, | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |
| Defendant. | |

## **ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF 64) is dismissed against the above-captioned defendant. The Revocation Hearing scheduled for May 11, 2026, is VACATED. The defendant is ORDERED RELEASED from custody and returned to supervised release on the same terms and conditions as imposed on May 20, 2019.

IT IS SO ORDERED.

Dated: **May 8, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING TSR PETITION     1     UNITED STATES V. SOTELO-MENDOZA